UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

W.T. and K.T., on behalf of J.T.,

                Plaintiffs,

- against -                    **ORDER**

Board of Education of the           09 CV 1368 (SHS)(FM)
School District of New York City,

                Defendant.

------------------------------------------------------------

     USDC SDNY
     DOCUMENT
     ELECTRONICALLY FILED
     DOC #:
     DATE FILED: 7/10/09

Upon consent of the parties, it is hereby ORDERED as follows:

1.    Defendants shall answer or otherwise move with respect to the complaint by April 10, 2009.

2.    No additional parties may be joined after June 1, 2009.

3.    No amendment of the pleadings will be permitted after June 1, 2009.

4.    Given that this action is one for a modified *de novo* review and appeal on a record from an administrative hearing pursuant to 20 U.S.C. § 1415, *et seq.*, there shall be no discovery practice. This review includes the transmittal of the administrative record created below to the Court and the submission of Memoranda of Law and Affidavits by both parties, citing to the underlying record. The New York State Education Department has been requested to transmit the certified administrative record of this proceeding to the Court.

5.    Plaintiffs' Motion for Modified *De Novo* Review shall be served on or before August 3, 2009.

6.    Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Modified *De Novo* Review shall be served on or before September 4, 2009.

7.  Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition shall be served on or before October 2, 2009.

8.  Defendant's Reply to Plaintiffs' Opposition shall be served on or before October 16, 2009.

9.  This scheduling order may be altered or amended only on a showing of good cause not foreseeable on the date hereof. Counsel shall not assume that extensions will be granted as a matter of routine.

Dated: July 9, 2009
New York, New York

7/10/09

SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

Gary S. Mayerson, Esq. (GSM 8413)
Tracey Spencer Walsh (TW 2746)
Mayerson & Associates
*Attorneys' for Plaintiffs*
330 West 38th Street, Suite 600
New York, New York 10018
nury@mayerslaw.com
(212) 265-7200
(212) 265-1735 (facsimile)

Michael A. Cardozo
By: David A. Rosinus, Jr., Esq. (DR 6431)
Corporation Council of New York City
*Attorneys' for Defendant*
100 Church Street, Rm. 2-305
New York, New York 10007
arosinus@law.nyc.gov
(212) 788-8316
(212) 778-0940